UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUAIZHAO LIU
And
CHARLOTTE ZHANG
6218 Georgia Avenue NW
#5018
Washington DC 20011
            *Plaintiffs*,

v.                                    Civil Action Number:

CIPING HUANG
13423 Queens Lane
Fort Washington, MD 20744
            *Defendant*.

<u>COMPLAINT</u>

The Plaintiffs, Huaizhao Liu and Charlotte Zhang (individually, "Liu" and "Zhang" or,

collectively, "Plaintiffs")], by counsel, hereby file this Complaint against Defendant Ciping

Huang ("Huang") and the following in support thereof:

<u>Nature of the Action</u>

1. The Plaintiffs seek monetary and injunctive relief against Ms. Huang for defaming Liu

    and Zhang by asserting that Liu and Zhang are attempting to conduct a conspiracy to

    blackmail and/or destroy Jingsheng Wei ("Wei") at the behest of the Chinese

    government, and in coordination with a fraudulent gang, by seeking to establish the

    parentage of Zhang. Huang has conducted a public and ongoing campaign impugning the

    character and honesty of both Liu and Zhang on social media, specifically on the social

    media platform Twitter.

<u>The Parties</u>

2. Huaizhao Liu (also known colloquially as Heather Liu) is an individual residing in the District of Columbia.

3. Charlotte Zhang is an individual residing in the District of Columbia.

4. Ciping Huang is an individual residing in Maryland and is the Executive Director of the Wei Jingsheng Foundation. Ciping Huang is the titled owner of 13423 Queens Lane, Fort Washington, MD with a mailing address of 709 58th Avenue, Fairmont Heights, MD.

<u>Jurisdiction</u>

5. This Court has subject matter jurisdiction over this Complaint pursuant to 28 USC §1332 as there is complete diversity between the parties and the Complaint at bar seeks damages in excess of $75,000.00.

<u>Factual Background</u>

6. In March 2000, Ms. Liu was employed in Los Angeles, CA as a reporter for the Sing Tao Daily News.

7. As part of her assignment, Ms. Liu was dispatched to meet with and interview Jingsheng Wei. Wei was at the time, and remains, a well-known and prominent Chinese dissident. Ms. Liu completed her interview and accepted Mr. Wei's invitation to attend a welcome banquet being held in his honor by the local Chinese community leaders. Due to her impending deadline, Ms. Liu, after engaging in numerous conversations with other attendees, left the event and returned to her office in Alhambra.

8. In the hour before her deadline to file her story containing the interview of Mr. Wei, Ms. Liu received an unexpected phone call from Mr. Wei. Mr. Wei asked Ms. Liu to bring her

a copy of the article. As the hotel was on the route of her commute home, Ms. Liu obliged Mr. Wei's request to deliver a copy of the article to his hotel.

9.  Ms. Liu drove to the hotel where she interviewed Mr. Wei to deliver the hard copy of the article. When she arrived, Mr. Wei invited her into his hotel room. Without warning or consent, Mr. Wei forcefully engaged in sexual intercourse with Ms. Liu.

10. Ms. Liu, in shock and embarrassed by the incident, managed to extricate herself from the circumstances and returned home. At the time, Ms. Liu was married to Meng Zhang. Within days of the incident, Ms. Liu informed Mr. Zhang that she had been accosted by Mr. Wei in Mr. Wei's hotel room.

11. Ms. Liu soon found herself to be pregnant. Ms. Liu gave birth to her daughter, Charlotte, in December of 2020. The pregnancy that resulted from the encounter with Mr. Wei was a central cause of the end of Ms. Liu and Mr. Zhang's marriage, which was finalized several years later.

12. As Ms. Liu was raising her daughter alone, she left the United States and relocated to Hong Kong. While living in Hong Kong, Ms. Liu disclosed to a colleague, Wen Yunchao that her daughter was fathered by Mr. Wei. In the 2012-2013 timeframe, Wen Yunchao contacted Mr. Wei and informed him of his parentage of Charlotte. According to Wen Yunchao, Mr. Wei reacted to the news that he parented a child with indifference.

13. Ms. Liu was devasted by Mr. Wei's reaction to learning he fathered a child with Ms. Liu. This compounded the trauma of being an assault survivor and Ms. Liu was diagnosed with clinical depression and engaged psychiatric treatment in Hong Kong.

14. In 2018, accounts of Mr. Wei's parentage of Charlotte began to circulate online in social media. Ms. Liu did not authorize or consent to the social media exposure regarding Ms. Zhang's parentage.

15. Soon thereafter Ms. Liu received requests from an associate of Mr. Wei, a Robert Suettinger, asking Ms. Liu to provide DNA samples for the purposes of establishing paternity. This request was represented as a request directly from, and on behalf of, Mr. Wei. A commercial DNA kit was mailed directly to Ms. Liu with instructions as to how to collect the required samples and return the same to Mr. Suettinger.  Ms. Liu was later informed in an email from Mr. Suettinger that Mr. Wei's paternity of Ms. Zhang was affirmatively established.

16. After paternity was established, communications continued with Mr. Wei through his associates, wherein Mr. Wei made numerous commitments and promises that are the basis of the action pending in this Court in Civil Action No. 19-CV-3344-KBJ.

17. Shortly after the aforementioned civil action was filed, the Defendant, Ciping Huang, began an unrelenting social media campaign against Ms. Liu and Ms. Zhang.

18. The Defendant Ciping Huang is a close confidant of Mr. Wei and serves as the Executive Director of the Wei Jingsheng Foundation. She maintains an active and public presence on the social media platform Twitter and posts using the handle "@huang_ciping"[1].

19. On September 13, 2019, the Defendant posted several Tweets in which she asserted that Ms. Liu was attempting to "blackmail" Mr. Wei. In another Tweet on the same date, the Defendant accused Ms. Liu of attempting to "destroy Lao Wei's reputation" and further accusing Ms. Liu of seeking to undermine Mr. Wei's democracy movement. The

---

[1] The vast majority of the posts regarding the Plaintiffs on the Defendant's Twitter account are in her native language, Mandarin Chinese, and both the native language post and an accompanying translation are provided.

Defendant went on to insinuate, via assertions posed in the form of a question, that Ms. Liu had a "malicious motive." Also on September 13, 2019, the Defendant posted a Tweet which advances to the notion that the CCP, the ruling authority in China, is in possession of Mr. Wei's DNA and, accordingly, is able to make clones of Mr. Wei[2]. The only available interpretation, within the context of the Defendant's expansive postings on the topic of Ms. Liu and Ms. Zhang, is that the Defendant is asserting the unfounded and false notion that Ms. Liu is acting in concert with the CCP against Wei. *See Exhibit A*

20. These statements by the Defendant are false as Ms. Liu is not blackmailing Mr. Wei in any manner. Further, Ms. Liu is a fellow supporter of the Chinese democracy movement and, at the time she met Mr. Wei in March 2000, Ms. Lui considered herself a great admirer of his work and efforts on behalf of Chinese democracy.

21. On subsequent occasions, in various posts, the Defendant persists in pressing the false narrative that Ms. Liu is working in some capacity as an operative of the CCP against Mr. Wei and his pro-Democracy efforts. *See Exhibits B & D*

22. Again, the Defendant's statements, assertions, and implications are false as Ms. Liu is not now, and never has been, an agent or operative of the CCP. Other than seeking redress in the court system, Ms. Liu has not contacted any organizations, institutions, or government officials regarding Mr. Wei and the issue of their daughter's paternity.

23. The Defendant, beginning in 2019 and continuing to the present time, repeatedly posts Tweets in which she accused Ms. Liu of conducting a "team operation" against Mr. Wei "using high technology and even fraud." *See Exhibit C*

---

[2] Mr. Wei was held as a political prisoner of the Chinese government for many years.

24. These statements by the Defendant are false as Ms. Liu is not conducting an operation, as a team or otherwise, against Mr. Wei. While Ms. Liu has availed herself of the court system to seek certain redress and remedies, she is not engaged with vague technologies nor is she committing a fraud.

25. In other posts on Twitter, on July 15, 2020, and on March 28, 2021, and as part of the larger ongoing campaign against the Plaintiffs, the Defendant referred directly to Ms. Liu as a "slutty girl." The Defendant also attacks the Plaintiffs together, such as on May 2, 2021, when the Defendant referred to the Plaintiffs as "shameless bitches." *See Exhibit D.*

26. Since 2019 and continuing to the present time, the Defendant has conducted an ongoing dialogue with numerous other Twitter users regarding the paternity and obligations of Mr. Wei to Ms. Liu's daughter.

27. On July 12, 2020, the Defendant, in response to another Twitter user, again impugned the veracity of Ms. Liu's daughter Charlotte and characterized the use of the legal system to seek redress of her cause as "shameless and extortion!" *See Exhibit D*

28. Charlotte Zhang categorically denies she is engaged in any sort of illegal or immoral behaviors such as extortion.

29. Throughout her voluminous online conversations and commentary regarding the Plaintiffs, the Defendant consistently refers to the Plaintiffs as "Pengci" which translates as "touching porcelain," an idiom from Chinese. Pengci, or touching porcelain, is a cultural reference to the practice by merchants of placing expensive, fragile items where it can easily be knocked over, allowing the merchant to collect monies for the damaged item. The term has come to represent fraudulent activity for purposes of ill-gotten gain.

The Defendant refers to the Plaintiffs explicitly and repeatedly as pengci, or the as "the porcelain mother-daughter gang," in a clear cultural assertion of fraud.

30. On July 15, 2020 in a post on Twitter, again discussing Ms. Liu and the paternity of Charlotte, the Defendant referred to Ms. Liu as "a prostitute." Ms. Liu is a writer and translator by trade. She has never solicited sex for money, or vice versa, and categorically denies she is a sex worker. *See Exhibit D.*

31. The Defendant has steadily published voluminous Tweets into 2021, referencing Ms. Liu and Ms. Zhang, continually accusing them of fraud, of acting as agents of the CCP, of conspiring with the CCP to damage Mr. Wei, seriously impugning their character and reputation as well as the mental and emotional wellbeing of both Plaintiffs.

32. As recently as May 2021, in a post highlighting a disturbing video, involving a child being coaxed into confrontation with soldiers in the recent escalations of the Israeli-Palestinian conflict, the Defendant compared the Plaintiffs to perpetrators of violence against children in a war theater. *See Exhibit E.*

33. The Defendant, in addition to the specific aforementioned statements, has, since at least September 2019, conducted an aggressive disinformation campaign against Ms. Liu. The Defendant has repeatedly insinuated that Ms. Liu and her ex-husband concocted a conspiracy theory to defraud Mr. Wei; that Ms. Liu is an agent of the CCP and is acting on its behalf to undermine Mr. Wei's democracy movement. Furthermore, the Defendant has posted to her Twitter account quotations that purport to be excerpts of love letters from Ms. Liu to Mr. Wei, letters that Ms. Liu adamantly states are fraudulent and never existed. Moreover, the Defendant has manipulated and misrepresented certain actual statements of Ms. Liu, taken from communications and court hearings to which the

Defendant was not a party, and used said communications, devoid of proper context, in a manner intended to reflect poorly upon Ms. Liu and Ms. Zhang.

34. Ms. Liu and her daughter Charlotte have both incurred substantial mental and emotional anguish and reputational harm at the hands, or, more appropriately, at the fingertips of the Defendant due to her relentless social media crusade against the Plaintiffs.

## COUNT ONE – Defamation Per Se

35.  The Plaintiffs reallege and incorporate by reference herein the facts and allegations set forth in paragraphs 1 – 34.

36. The Defendant published written statements asserting that Ms. Liu is a liar; is of an unchaste nature; is seeking to harm Mr. Wei and his lifelong democracy pursuits; that she is acting as an agent of the CCP to undermine Mr. Wei; that the Plaintiffs are using advanced technologies against Mr. Wei; that the Plaintiffs, in conjunction with unknown other actors, are conducting an elaborate fraud upon Mr. Wei by seeking to establish paternity of their daughter; and, that such fraud is being conducted as a conspiracy, using blackmail and extortion, at the behest of the CCP.

37. All of these statements were posted to the public social media platform Twitter, using the account of the Defendant, without the consent and to the detriment of Ms. Liu and Ms. Zhang.

38. The Defendant's statements are defamatory *per se* as the Defendant repeatedly made statements to the public accusing one or both of the Plaintiffs of numerous felonies as well as asserting that Ms. Liu is of an unchaste nature and is committing acts involving moral turpitude.

39. The multiple years of false statements published in a public forum have caused injury to the Plaintiffs' reputation and standing in the community as the unyielding attacks on Ms. Liu and Ms. Zhang have caused fear, embarrassment, humiliation, anxiety, emotional anguish, and financial harm. The Defendant's defamatory statement also castigated the veracity, honor, morality, and reputation of the Plaintiffs.

40. As a direct and proximate result of the Defendant's defamatory public shaming campaign against the Plaintiffs, Ms. Liu and Ms. Zhang have incurred economic and non-economic damages in excess of $75,000.00 and will continue to incur such damages including but not limited to:

    a.  Reputational Harm

    b.  Emotional, mental, and physical injury due to the sustained intensity of the false statements published by the Defendant;

    c.  The expense of attorney's fees due to the need to seek redress in the courts;

    d.  Other monetary losses and expenses caused by the Defendant's false statements, characterizations, and implications.

41. The Defendant is conducting an intentional and pervasive social media campaign against the Plaintiffs with knowledge of their falsity, and with reckless disregard for the truth or falsity of the statements, characterizations, and implications. The Defendant acted with malice against the Plaintiffs and with the specific intent to discredit and harm both Ms. Liu and Ms. Zhang. For these reasons, an award of punitive damages is appropriate in this matter to deter the type of cyber bullying, intimidation, and reputational attacks in which the Defendant has, and continues to, engage.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court enter judgement against the Defendant and prays as follows:

A. Actual damages in an amount to be proved at trial;

B. Punitive damages due to the insidious conduct of the Defendant;

C. An injunction constraining the Defendant from continuing to make false statements, false characterizations, and derogatory implications about the Plaintiffs;

D. That the Defendant be ordered to remove all posts from her Twitter account and newsfeed pertaining to the Plaintiffs;

E. Such other relief as the Court deems just and proper.

F. Plaintiff demands trial by Jury.

Respectfully Submitted,
HUAIZHAO LIU
And
CHARLOTTE ZHANG
By Counsel

June 4, 2021


**STEVEN KRIEGER LAW, PLLC**
*Attorney for the Plaintiffs*
2200 Wilson Blvd.
Suite 102
Arlington, VA 22201
Phone:          703/831 7707
Facsimile:      571/521 5814
Email:          donna@stevenkriegerlaw.com


By: _____
     Donna MCL Murphy
     DC Bar No. 1004967

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of June, 2021, I electronically filed the foregoing document, and associated new case forms, with the Clerk of Court using the CM/ECF system.

**STEVEN KRIEGER LAW, PLLC**
*Attorney for the Plaintiffs*
2200 Wilson Blvd.
Suite 102
Arlington, VA 22201
Phone:        703/831 7707
Facsimile:    571/521 5814
Email:        donna@stevenkriegerlaw.com

By: _____
    Donna MCL Murphy
    DC Bar No. 1004967

*Exhibit A*



**Thread**



Ciping Huang 黄慈萍
@huang_ciping

···

中秋本是阖家团圆之时.多年来,老魏也一直希望有家庭和孩子.近期却碰到一个离奇碰瓷事件.一个他没听说过的女人声称与他有个女儿,姓刘,为此她一直单身.后经我了解,她的女儿其实姓张,她的丈夫也姓张.现女方来敲诈,要老魏负担女儿和她的各种费用,还要打官司.我已为老魏多次申请各种隔离令.但此次非同寻常.

Translated from Chinese by **Google**

The Mid-Autumn Festival was originally the time for family reunion. For many years, Lao Wei also wanted to have a family and children. Recently, he encountered a bizarre encounter with porcelain. A woman he had never heard of claimed to have a daughter with him, surnamed Liu, For this reason, she has been single. I learned later that her daughter was actually surnamed Zhang, and her husband was also surnamed Zhang. The current woman came to blackmail and asked Wei to pay for her daughter and her various expenses, and also to go to court. I have already done so. Old Wei has applied for various quarantine orders many times, but this time is extraordinary.

11:13 AM · Sep 13, 2019 · Twitter Web App

**7** Retweets   **6** Quote Tweets   **33** Likes

← **Tweet**



**Ciping Huang 黄慈萍**
@huang_ciping                                    · · ·

Replying to @luo_yu_feng

谢谢你花时间写出有理有据的这么多条.这也是我所了解的(英文),却不曾见过中文的.可惜,不管这已成年的孩子是否与老魏有关,其母亲对老魏从头就是欺骗.现在更为恶意,要绑架与老魏有关的组织,来达到其目的,让人无法容忍.母女的目的不是为了人们以为的老魏荣誉,正是为了毁其名誉及其它目的.
是的,他立了遗嘱

Translated from Chinese by Google

Thank you for taking the time to write so many articles that are justified and well-founded. This is what I know (in English), but I have never seen Chinese. It is a pity that regardless of whether this adult child is related to Lao Wei, his mother treats Lao Wei. Deception from the beginning. Now it is even more malicious. It is intolerable to kidnap organizations related to Wei to achieve its purpose. The purpose of mother and daughter is not for the honor of Wei, but it is to destroy his reputation and other purposes. .
 Yes, he made a will

9:25 AM · Sep 15, 2019 · Twitter Web App

# Tweet



 **Ciping Huang 黄慈萍**
@huang_ciping                                    ...

既非同事，也非雇员，是朋友，
打抱不平的朋友，
不想让朋友落入中共陷阱的朋友，
爱护民运不想让一些人得逞的朋友，
在技术上比老魏懂一些，
最近还很有研究心得的中科大高材生！
你为什么要问这些呢？

Translated from Chinese by Google

Neither a colleague, nor an employee, but a friend,
 Friends who are injustice,
 Friends who don't want their friends to fall into the
trap of the CCP,
 Cherish the pro-democracy movement's friends who
don't want some people to succeed,
 Technically knows better than Wei Wei,
 High-achieving students of the University of Science
and Technology of China who have had a lot of
research experience recently!
 Why are you asking this?

---

 **Wen** ✔ @wenyunchao · Sep 13, 2019
Replying to @huang_ciping
请问你以何身份代表魏先生发言？是朋友，同事还是雇员？

---

9:53 PM · Sep 13, 2019 · Twitter Web App

← **Tweet**

 Ciping Huang 黄慈萍
@huang_ciping                                              •••

我现在还不想拿出更多证据.但你说"当事人没就此事对外说半个字",你是怎么知道的?万延海是怎么知道的?我还能列出更多人的名单,但我不想这样做,因为都还算朋友.我为什么现在出来说,是因为太多的人已经从她那听了一面之词,而且要把与老魏有关的民运机构组织都牵涉进来,以此毁坏民运的名声.不正是中共要的?

Translated from Chinese by 

I don't want to produce more evidence yet. But you said, "The person concerned didn't say a word to the outside world on this matter." How did you know? How did Wan Yanhai know? I can list more people, but I don't want to do this, because I'm still a friend. Why do I come out now because too many people have heard from her, and they want to involve all the democratic organizations related to Wei in order to destroy the democratic movement. Isn't that what the CCP wants?

> Wen ✔ @wenyunchao · Sep 13, 2019
> 如果连DNA鉴定结果都不承认的话,一切阴谋论就好解释了。当事人没就此事对外言说半个字,事情还是由黄女士首先对外界揭露,并提出"碰瓷"一说及指控当事人试图以此伤害魏京生先生和民运声誉。 twitter.com/huang_ciping/s...

8:52 PM · Sep 13, 2019 · Twitter Web App

 **Tweet**

 **Ciping Huang 黄慈萍**
@huang_ciping                                                                    ...

Replying to @7000christian @wenyunchao and 3 others

谢谢关注。老魏的弟弟临终前专门嘱咐我要记住公安局里有老魏的所有资料，clone出一个老魏都有可能。（其实就在2天前，还报道了在中国只要几万美元就可以制造出一个一样的猫。）最近已50岁的魏则西的父母给死去的他生了一个弟弟。老魏在狱中得了肝炎，都没有告诉他。这就是中共的伦理道德。

Translated from Chinese by **G**oogle

Thank you for your attention. Before the death of Wei's brother, he specifically asked me to remember all the information about Wei in the Public Security Bureau. It is possible to clone a Wei. (In fact, just 2 days ago, it was reported that the same cat can be made in China for tens of thousands of dollars.) Recently, 50-year-old Wei Zexi's parents gave birth to a brother who died. Old Wei had hepatitis in prison, but he didn't tell him. This is the ethics of the CCP.

6:06 PM · Sep 13, 2019 · Twitter Web App



## Tweet



**Ciping Huang 黄慈萍**
@huang_ciping

Replying to @heanquan

你谈责任,没听说过如何负责?18岁成年,来要钱.老魏曾希望能见面并做实验.可听说她与女儿不久前到华盛顿.但却没通知老魏,更没说要见面.不仅没见面,还威胁老魏,以女儿与她的名义来告老魏.她不仅要破坏老魏的名誉.更威胁要把与老魏有关的组织都牵进来.来搞臭民运.这种恶意的动机背后是什么原因?请深思.

Translated from Chinese by Google

You talked about responsibilities. Haven't heard of how to be responsible? When you are an adult at the age of 18, you come to ask for money. Old Wei once hoped to meet and do experiments. But I heard that she and her daughter went to Washington not long ago. But he didn't notify Wei, let alone say To meet. Not only did she not meet, she threatened Lao Wei to sue Lao Wei in the name of her daughter and her. She not only wanted to destroy Lao Wei's reputation, but also threatened to bring in organizations related to Lao Wei to stigmatize the pro-democracy movement. What is the reason behind this malicious motive? Please think carefully.

4:25 PM · Sep 13, 2019 · Twitter Web App

← **Tweet**



**Ciping Huang 黄慈萍**
@huang_ciping

Replying to @wutingzy @wenyunchao and 2 others

小孩长到18岁,来讨抚养费,是不是太晚了?为什么?这类事情过去老魏不是没碰到过,没一个是真的,光我就为他申请过多次的隔离令.有时属于别人痴情的好意,甚至有寻死觅活的,也就留着面子,过去就算了.这次绝不简单,相必是一系列的官司便于中共垂死挣扎呢。

Translated from Chinese by Google

The child has grown to 18 years old, is it too late to ask for alimony? Why? Didn't Wei never encounter such things in the past, and none of them are true. I have applied for multiple quarantine orders for him. Sometimes it belongs to the infatuated kindness of others, and even those who are looking for life and death will save face, and forget it in the past. This time it is by no means simple, it must be a series of lawsuits to facilitate the CCP's dying struggle.

3:38 PM · Sep 13, 2019 · Twitter Web App

 **Tweet**

 **Ciping Huang 黄慈萍**
@huang_ciping                                                    ...

始终有爹有妈的孩子,长到18岁,来碰瓷,这也够奇葩的.到底是什么目的?何况老魏刚听说这事,看了她当年的照片,还根本就记不得她!这18年来,老魏根本就没听说过她的女儿,又谈何责任?如何付责任?有人提DNA实验.靠几根头发就能鉴定?如果她一直知道并认定老魏是父亲,她以前为什么不告诉,以此剥夺亲情?还是其它?

Translated from Chinese by Google

There is always a child with a father and a mother. It is strange enough to come to touch porcelain when they are 18 years old. What is the purpose? Not to mention the old Wei just heard about this and saw her photos of the year, but he couldn't remember her at all. In the past 18 years, Lao Wei has never heard of her daughter, so what responsibility? How to pay the responsibility? Some people mentioned DNA experiments. It can be identified by a few hairs? If she always knew and believed that Lao Wei was the father, Why didn't she tell before, so as to deprive the family of affection? Or something else?

2:15 PM · Sep 13, 2019 · Twitter Web App

*Exhibit B*

← **Tweet**

 Ciping Huang 黄慈萍
@huang_ciping ···

我们发现，该"碰瓷母女"在美国的活动不仅仅针对老魏个人，还写信给各个机构组织及重要的政治家等，诬陷老魏及其工作与有关的组织，而且还传讯我们，要求交出魏京生基金会等的档案，并且还给好几个宣传民主自由的组织机构送了传票，其目的与意图，请大家深思。

Translated from Chinese by Google

We found that the activities of the "Mother and Daughter Touching Porcelain" in the United States not only targeted Old Wei individuals, but also wrote to various organizations and important politicians, framed him and his work and related organizations, and also sent us , Demanded to hand over the files of the Wei Jingsheng Foundation and others, and also sent subpoenas to several organizations that promote democracy and freedom. Please think deeply about its purpose and intention.

4:20 PM · Oct 30, 2019 · Twitter Web App

July [DATE], 2020



October 5, 2019



*Exhibit C*

← **Tweet**



@huang_ciping

在魏京生基金会忙于举办一系列国殇70周年之际，她们又与其他人物合作，给许多美国政治家等写诬告信，要他们不参加魏京生组织的抗议与示威活动。这已不是简单的碰瓷。希望那些与这2个老魏从没见过也不曾听过的女人见过面的人都想想，也请大家集思广议，这2个女人及其背后的团队到底是想达到什么目的？

Translated from Chinese by Google

On the occasion of the 70th anniversary of the Wei Jingsheng Foundation, which was busy holding a series of national deaths, they cooperated with other figures and wrote false accusations to many American politicians, asking them not to participate in the protests and demonstrations organized by Wei Jingsheng. This is no longer a simple touch of porcelain. I hope that those who have met with these two women whom Wei has never seen or heard of will think about it, and I would like to ask everyone to brainstorm about what the two women and the team behind them are really trying to achieve. ?

9:53 PM · Oct 3, 2019 · Twitter Web App

← **Tweet**



**Ciping Huang 黃慈萍**
@huang_ciping

Replying to @UDvUxHiwkCKOnFR and @chenbing171819

2个魏从没见过也不曾听说过的女人及其团队别有用心地给许多美国政治家等写诬告信，要他们不参加魏京生组织的抗议与示威活动，目的阴险。鉴定完毕。

Translated from Chinese by Google

Two women whom Wei had never seen or heard of, and their team used ulterior motives to write false accusations to many American politicians and others, asking them not to participate in the protests and demonstrations organized by Wei Jingsheng for insidious purposes. Identification is completed.

11:33 PM · Oct 3, 2019 · Twitter Web App

**Ciping Huang 黄慈萍**
@huang_ciping

Replying to @FDCSoCalLA

你若知道北京的民运圈，你可能你认识她们。因为她们在那里已经骗过一圈的钱。

Translated from Chinese by Google

If you know the pro-democracy circle in Beijing, you may know them. Because they have cheated a circle of money there.

2:41 PM · Oct 4, 2019 · Twitter Web App

← **Tweet**



**Ciping Huang 黄慈萍**
@huang_ciping

···

抱歉刚看到您适当准确的评语.以前已有足够写书的资料,但这次的手段与方法更为卑鄙.也许能解释刘女士及其团队从头就不择手段的欺骗行为.我以后会透露更多.中共本就是没有底线的,所以这一切并不奇怪.无法理喻的是一些人为了钱财或便利以及见不得人的目的,不仅仅能够出卖良心,甚至能兜售自己的亲生骨肉.

Translated from Chinese by Google

Sorry to just see your appropriate and accurate comment. There was enough information to write a book before, but this time the methods and methods are more despicable. Maybe it can explain the deceitful behavior of Ms. Liu and her team from the beginning. I will reveal more later. Many. The CCP has no bottom line, so this is not surprising. What is unreasonable is that some people can not only sell their conscience, but even sell their own flesh and blood for money or convenience and shameful purposes.

11:30 PM · Oct 4, 2019 · Twitter Web App



← **Tweet**

 **Ciping Huang 黄慈萍**
@huang_ciping

后来才发现,这刘女士有关声称如孩子没爹她一直单身等说法压根就是谎言.尤其可怕之事乃整个过程是团队操作,采用高技术乃至造假.再后来得知她俩来华盛顿一个多月,找了许多人,却独独绕过老魏.她们的团队更是写信给美国国会等多处诬告陷害老魏,要求不参加他组织的抗议中共的活动.这是来认亲吗?望大家深思.

Translated from Chinese by Google

Later, it was discovered that Ms. Liu's claim that she had been single if the child did not have a father was a lie at all. The most terrible thing was that the whole process was a team operation, using high technology and even fraud. Later, I learned that the two of them came to Washington for more than a month. , I found many people, but they bypassed Wei alone. Their team even wrote to the U.S. Congress and many other false accusations to frame Wei, asking not to participate in the protests against the CCP organized by him. Is this coming to confess his relatives? Everyone thinks deeply.

7:47 AM · Oct 5, 2019 · Twitter Web App

1 Retweet   10 Likes

← **Tweet**

 **Ciping Huang 黄慈萍**
@huang_ciping                                    ...

我们发现，该"碰瓷母女"在美国的活动不仅仅针对老魏个人，还写信给各个机构组织及重要的政治家等，诬陷老魏及其工作与有关的组织，而且还传讯我们，要求交出魏京生基金会等的档案，并且还给好几个宣传民主自由的组织机构送了传票，其目的与意图，请大家深思。

Translated from Chinese by Google

We found that the activities of the "Mother and Daughter Touching Porcelain" in the United States not only targeted Old Wei individuals, but also wrote to various organizations and important politicians, framed him and his work and related organizations, and also sent us , Demanded to hand over the files of the Wei Jingsheng Foundation and others, and also sent subpoenas to several organizations that promote democracy and freedom. Please think deeply about its purpose and intention.

4:20 PM · Oct 30, 2019 · Twitter Web App

2 Retweets   17 Likes



← **Tweet**

**Ciping Huang 黄慧萍**
@huang_ciping

Replying to @chixua2019

中共这方面的造假水平可是世界一流的，无赖水平也是一流的。。。就像那对碰瓷母女的撒谎水平也是一流的。。。

Translated from Chinese by Google

The CCP's level of fraud in this area is world-class, and the level of rogues is also first-class. . . Just like the level of lying to the mother and daughter of Touch Porcelain is also top-notch. . .

10:13 PM · Jul 4, 2020 · Twitter Web App

1 Like

Tweet your reply

Reply

**Ciping Huang** 黄慈萍
@huang_ciping

我当然要提这件事,要大大地揭露这件事.何况支持民运的大家都很关心.
这并不是魏京生的丑事,而是不要脸的无耻之徒不择手段的杰作.但随着时间的推移,更多真相也露出水面,也给我们机会看清这个碰瓷母女集团以及其他帮佣,了解和揭露中共更多的阴谋诡计.耐心看吧,比两个男人生出一个像他们的儿子还戏剧性呢.

Translated from Chinese by Google

Of course I have to mention this matter and expose it to a great extent. Besides, everyone who supports the democracy movement is very concerned.
This is not a scandal of Wei Jingsheng, but a masterpiece of the shameless shameless unscrupulous. But as time goes by, more truths have been revealed, and it also gives us a chance to see this Porcelain mother and daughter group and other helpers clearly. And exposing more conspiracies and tricks of the CCP. Be patient, it's more dramatic than two men giving birth to a son like them.

> 瀛洲客 @dingxueying03 · Jan 16
> Replying to @huang_ciping
> 我还是希望你不提这事, 对魏老先生而言, 不提这事是最好的选择, 你怎么一直在故意招围观呢? 你如此聪明之人, 对此我表示不解。

9:23 PM · Jan 16, 2021 · Twitter Web App

**1** Quote Tweet   **4** Likes

   

*Exhibit D*

← **Tweet**



**Ciping Huang 黄慈萍**
@huang_ciping

···

事实已证明碰瓷母女从头就撒谎.如随意迁就一从头就设计撒谎的骗子,老魏还就跟别人忙乎这些,不做它事了?不尊重老魏的本意和事实,也算支持老魏,是为老魏着想?且不说中共用高科技作假能力是世界一流的.难道大家还没被中共病毒害惨? 我们向各界警告多年,现在还不清楚?
被中共的阴谋牵着走,难道可喜可贺?

Translated from Chinese by  Google

Facts have proved that mothers and daughters lied from the beginning. If they arbitrarily accommodated the liar who designed to lie from the beginning, Old Wei would still be busy with others and stop doing other things? He did not respect the original intentions and facts of Old Wei, and he was considered to support him. Wei, is it for the sake of old Wei?
 Not to mention that China's high-tech fraud capabilities are world-class. Haven't everyone been badly affected by the CCP virus? We have warned all walks of life for many years, but it is still not clear?
 Is it gratifying to be led by the CCP's conspiracy?

 裘馨 @XinpingDabendan · Jul 3, 2020
Replying to @chenbing171819
没人会介意魏先生是否有几个女友,有人欣赏魏先生是好事,要点是测一下DNA,如果真是魏先生的后人,不仅对魏先生本人,对所有支持魏先生的人来说
都是可喜可贺的事情!

← **Tweet**

 **Ciping Huang 黄慈萍**
@huang_ciping                                         ...

Replying to @tFDcuUM5l2Lvnqy

是。
是否很奇怪：十多年魏先生从未听说过这么个碰瓷女？
魏先生一直告诉那碰瓷母不记得见过她，至今该碰瓷母
也没向法庭回答结着婚的她声称与魏先生一夜情的时间
和地点。
说什么检测就可以了。但如果随了一个已知从头就撒谎
骗人的人，魏先生还不该忙死了。这不正是中共想做
的，尤其是现在这个紧要关头？

Translated from Chinese by Google

Yes.
 Is it strange: Mr. Wei has never heard of such a
porcelain girl in more than ten years? Mr. Wei kept
telling her mother that she didn't remember seeing her,
and so far she has not answered the court when she
claimed to have one night stand with Mr. Wei when she
was married.
 Just say what you want to test. But if you follow
someone who is known to lie and deceive people from
scratch, Mr. Wei shouldn't be too busy. Isn't this exactly
what the CCP wants to do, especially at this critical
juncture?

11:20 AM · Jul 3, 2020 · Twitter Web App

← **Tweet**

Ciping Huang 黄慈萍
@huang_ciping

···

Replying to @chixua2019

中共这方面的造假水平可是世界一流的，无赖水平也是一流的。。。就像那对碰瓷母女的撒谎水平也是一流的。。。

Translated from Chinese by Google

The CCP's level of fraud in this area is world-class, and the level of rogues is also first-class. . . Just like the level of lying to the mother and daughter of Touch Porcelain is also top-notch. . .

10:13 PM · Jul 4, 2020 · Twitter Web App

**1** Like

Tweet your reply

Reply

← **Tweet**

 **Ciping Huang 黄慈萍**
@huang_ciping                                          ···

我还知道近15年前，日本驻沪领馆的外交人员上吊自杀了，因为中共以极其完美的美人计逼他一点一点地上钩。好在该人还有些廉耻心，自杀前将细节写出，保住了最后一点为人之尊严。
theguardian.com/world/2005/dec...
现在中共给老魏派的是不知廉耻之徒。只能慢慢揭露了。。。

Translated from Chinese by Google

I also know that nearly 15 years ago, the diplomatic staff of the Japanese consulate in Shanghai committed suicide by hanging himself, because the CCP used an extremely perfect beauty scheme to force him to get the bait bit by bit. Fortunately, the person still has a bit of shame, and writes out the details before committing suicide, preserving the last point of human dignity.
theguardian.com/world/2005/dec...
 The CCP now gives the old Wei school a shameless person. It can only be revealed slowly. . .

---

 和子 @tFDcuUM5l2Lvnqy · Jul 4, 2020
Replying to @huang_ciping
中共对日本的超限战也令人叹为观止。1996年当选日本首相的桥本隆太郎，据说早在1970年代末就中了中共的美人计。在东京的高级酒店New Otani的大堂里，一位美女在桥本面前故意掉落白色手提包，让桥本对突如其来的美女想入非非，这个女人就是驻日中国大使馆的女翻译，2006年12月3日，该女子坦白自己是间谍

← **Thread**



Ciping Huang 黄慧萍
@huang_ciping                                                    ...

谢谢真相先生.请大家看看张先生抚养多年的女儿，并有
许多"民运人士"见过的真正照片,再对比这张已有多人指
出的"照片裡的人根本就不像真人 感覺是PS合成的"照
片twitter.com/wutingzy/statu....。
当时就有明眼人指出,但现在我才看到并证实.
这张PS照源出何处,大家能想到吗?
只有我们想不到的,没有中共做不出的!

Translated from Chinese by Google

Thank you Mr. Truth. Please take a look at Mr. Zhang's
daughter who has been raised for many years, and
there are many real photos that "democracy activists"
have seen, and then compare this picture that has been
pointed out by many people. "The person in the photo
is not like a real person at all. PS synthesized" photos
twitter.com/wutingzy/statu... .
 At that time, someone with a discerning eye pointed it
out, but now I see it and confirm it.
 Can you think of where this PS photo came from?
 There are only things we can't think of, nothing the
CCP can't do!



← **Tweet**

 Ciping Huang 黄慈萍
@huang_ciping
···

请大家围观造谣推！
自称魏京生女儿的碰瓷女，请不要再隐瞒抚养你多年的张姓父亲（刘女士的丈夫），出示是魏京生私生女的法律证明！那几个高喊魏京生有私生女的人物，也可以出示这样的证明，或者就承认是别有用心！

Translated from Chinese by 

Everyone, please watch and spread rumors!
The girl who claims to be Wei Jingsheng's daughter, please stop concealing your father (Ms. Liu's husband) who has been raising you for many years, and present a legal certificate that she is Wei Jingsheng's illegitimate daughter! Those who clamored that Wei Jingsheng had an illegitimate daughter could also show this proof, or admit that they had ulterior motives!

> Wen ✔ @wenyunchao · Jul 6, 2020
> 魏京生私生女案件进展。 twitter.com/huaizhao/statu...

9:54 AM · Jul 6, 2020 · Twitter Web App

**1** Quote Tweet    **3** Likes

            

← **Tweet**

This Tweet was deleted by the Tweet author. Learn more

 **Ciping Huang 黄慈萍**
@huang_ciping                                        ···

Replying to @stkic410

没什么无辜可言。这个已经成年的恶女抛弃抚养她多年的父亲张猛，起诉从未见过的另一个男人，索要更多的抚养费，是无耻，是敲诈！

Translated from Chinese by Google

There is nothing innocent to speak of. This adult wicked woman abandoned her father Zhang Meng, who had raised her for many years, and sued another man she had never seen before, asking for more support. It was shameless and extortion!

12:51 PM · Jul 12, 2020 · Twitter Web App

                    ♡          



← **Tweet**

 **Ciping Huang 黄慈萍**
@huang_ciping                                    ...

Replying to @DanHongTang

有些人很有意思。一个结婚多年的女人，公然声称结婚期间与另一个男人生了孩子，这样的人还令人尊敬？当然，文艺界的文青也许并不在乎这些，但是以此来敲诈，并与有爹的女儿一起从头就撒谎，声称自己未婚，孩子没爹，不肯拿出有法律效果的出生证，这样的骗子还有人尊敬？！

Translated from Chinese by G**o**og**l**e

Some people are very interesting. A woman who has been married for many years has openly claimed to have a child with another man during her marriage. Is such a person respectable?
 Of course, the literary and artistic circles may not care about this, but they use this to blackmail and lie from the beginning together with the daughter who has a father, claiming that they are unmarried, the child has no father, and they refuse to produce a legally effective birth certificate. Liars are still respected? !

5:28 PM · Jul 12, 2020 · Twitter Web App

···

1 Quote Tweet    3 Likes



**Ciping Huang 黃慈萍**
@huang_ciping

Replying to @puff1984

走着瞧。 到时候不光是碰瓷母女名誉扫地， 中共一起。

Translated from Chinese by Google

Just wait and see. When the time comes, it will not only be the disgrace of the mother and daughter of Porcelain, but the CCP will be together.

12:25 PM · Jul 15, 2020 · Twitter Web App

 **Tweet**

 **Ciping Huang 黄慈萍**
@huang_ciping

Replying to @huang_ciping and @zengjinyan

在国内异议人士被"嫖娼"，在国外异议人士被"强奸"，美国总统竞选就有绯闻，老魏还没出来竞选呢，为何就有绯闻了？
声称未婚,孩子没爹的碰瓷母兼浪荡女刘怀昭与老魏联络要钱,详述她去魏的旅馆过了一整夜.后发现刘言的破绽.又发现刘怀昭与张猛结婚多年,并找到了碰瓷女的出生证,其上明确写明其爹为张猛...

Translated from Chinese by Google

Dissidents in the country are "prostitution" and dissidents abroad are "raped". There is a scandal in the US presidential campaign. Why did Wei have a scandal before he came out to campaign?
 Liu Huaizhao, a mother and a prostitute who claimed to be unmarried and her child had no father, contacted Lao Wei for money, and detailed that she went to Wei's hotel all night. Later, Liu Yan's flaws were discovered. Liu Huaizhao and Zhang Meng were married for many years. And found the birth certificate of the Pengci girl, which clearly stated that her father was Zhang Meng...

10:02 AM · Jul 15, 2020 · Twitter Web App

**2** Retweets  **3** Quote Tweets  **4** Likes

# Tweet

**Ciping Huang** 黄慈萍
@huang_ciping

Replying to @DeniseW003 and @Rabbitilili

我看你去做最合适。 刘怀昭你这个不要脸的浪荡女！

Translated from Chinese by  Google

I think it's most suitable for you to do it. Liu Huaizhao, you shameless slutty girl!

7:39 PM · Mar 28, 2021 · Twitter Web App



**Tweet**



**Ciping Huang 黄慈萍**
@huang_ciping

不是在痛打落水狗,是一群居心叵测之人与无耻母狗一起正在诉讼老魏,虽说连连挫折,却依然纠缠不休.
一夜情刘怀昭的女儿是否张猛的,需看证据.就像她声称女儿是别人的,为什么别人给她5000美元当面来做法定亲子鉴定,她却躲着呢?难道她说女儿是Bill Gates的,大家也相信?后来干脆走得更远,高喊强奸,你相信吗?

twitter.com/LiuFang96/stat...

Translated from Chinese by Google

It's not that I'm beating the water dog, it's a group of unpredictable people and shameless bitches who are suing Old Wei. Although they have been frustrated, they are still entangled.
 Whether the one-night stand Liu Huaizhao's daughter is Zhang Meng's, you need to see evidence. Just like she claimed that her daughter is someone else's, why did someone give her $5,000 to do a paternity test in person, but she hides it? Did she say that her daughter belongs to Bill Gates, everyone? Believe it? Later, you just went further and shouted rape. Do you believe it?

twitter.com/LiuFang96/stat...

This Tweet is unavailable.

10:16 AM · May 2, 2021 · Twitter Web App

*Exhibit E*

**Tweet**

**Ciping Huang 黄慈萍**
@huang_ciping                                                    ···

看到这视频，很寒心。这样的孩子最后会变成什么样
呢？其实连棋子都算不上，最多是成为大人出卖的牺牲
品。当然不同的人解读不同。
像碰瓷母刘怀昭这样的文青女，就教育出碰瓷女
Charlotte Zhang这样的女儿。不仅敢无耻地裸奔，还声
称自己担心被一没见过的男人强奸了，这是何等的文
青？还不过是无耻之尤？

**Translated from Chinese by G**oogle

Seeing this video, I feel very chilling. What will become
of such a child in the end? In fact, even chess pieces
are not counted, at most they become victims of adult
betrayal. Of course, different people interpret it
differently.
 Literary youth like Liu Huaizhao, mother of Porcelain,
educated daughters like Charlotte Zhang, Porcelain.
Not only did he dare to run naked, but he also claimed
that he was worried about being raped by a man he
had never seen before. What kind of literary youth is
this? Is it just shameless you?

---

邱岳首 @7k_QYS · May 14
挥舞巴勒斯坦国旗帜的男子把孩子赶向以色列士兵，高喊: 这是个男孩，杀死他，
杀他...
这个视频告诉你中共党国为什么灌输"童心向党"红色教育。

**Show this thread**



2:20 PM · May 15, 2021 · Twitter Web App

---

**1** Retweet  **6** Likes